MICHELE BECKWITH
Acting United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
JULIE A.K. CUMMINGS, STATE BAR: HI 10635
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: 410-966-1551
julie.cummings@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| MARIA GALLEGOS,<br><br>      Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>      Defendant. | Case No: 2:24-cv-02384-AC<br><br>STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND TIME |

   Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment (ECF No. 10) be extended thirty (30) days from January 16, 2025, up to and including February 18, 2025. This is the Defendant's first request for an extension.

   As counsel for Defendant, I make this request in good faith and for good cause. I request this extension in order to further consider the administrative record in light of the issues raised in

Plaintiff's motion. Due to an unexpected increase in cases in my office, this case was recently reassigned to on January 6, 2025. Additionally, I have had several briefs due in recent days in other district courts. In the next month, I have eight more briefs due in various district courts of the Ninth Circuit, including this one. Accordingly, I ask the Court for more time so that I can properly represent the Commissioner in this and my other matters.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

DATED January 14, 2025

Respectfully submitted,

MICHELE BECKWITH
Acting United States Attorney

MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7

By:    */s/ Julie A.K. Cummings*

JULIE A.K. CUMMINGS
Special Assistant United States Attorney
Office of Program Litigation, Office 7

Attorneys for Defendant

Law Offices of Francesco Benavides

*/s/ Francesco Paulo Benavides*
FRANCESCO PAULO BENAVIDES
(by email authorization)

Attorney for Plaintiff

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including February 18, 2025, to respond to Plaintiff's Motion for Summary Judgment.

DATED: January 14, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE